RECEIVED

AUG 1 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

TIMOTHY J. O'CONNOR

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 6:17-mc-146

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Timothy J.

O'Connor, as Personal Representative and Derivative Claimant of the estate of Patrick J.

O'Connor, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate

Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _16th_ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE